# Third District Court of Appeal

## State of Florida

Opinion filed May 10, 2023.
Not final until disposition of timely filed motion for rehearing.

––––––––––––––––––––

No. 3D22-1370
Lower Tribunal No. 20-18857

––––––––––––––––––––

**QR Triptych LLC,**
Appellant,

vs.

**LV Midtown, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Shutts & Bowen, LLP, Aliette D. Rodz, and Julissa Rodriguez and Garrett A. Tozier (Tampa), for appellant.

Bilzin Sumberg Baena Price & Axelrod LLP, Jeffrey I. Snyder, Jake M. Greenberg, and Benjamin A. Mitchel, for appellee.

Before FERNANDEZ, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Johnson v. State, Dep't of Revenue ex rel. Lamontagne, 973 So. 2d 1236 (Fla. 1st DCA 2008); State Farm Mut. Auto. Ins. Co. v. Isom, 681 So. 2d 1170, 1172 (Fla. 5th DCA 1996).